In the Matter of the Application of EDWARD E. CONRAD, Appellant.
BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

*Matter of Conrad*, 155 App. Div. 590, appeal dismissed.
(Argued January 12, 1914; decided January 27, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1913, which reversed an order of Special Term vacating a certificate of the board of regents of the University of the State of New York which revoked

the license of Edward E. Conrad to practice medicine and and annulled his registration as a physician and surgeon.

*Asa Bird Gardiner* for appellant.

*Almuth C. Vandiver, J. Joseph Lilly, John Caldwell Myers* and *Frank B. Gilbert* for respondent.

Appeal dismissed with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.